# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>S&S SALES, LTD.,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:08-bk-01095-SSC<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED MARCH 31, 2009 AND SETTING RULE 7016 SCHEDULING CONFERENCE |

Based upon this Court's Memorandum Decision dated March 31, 2009 which is incorporated herein by reference:

The Court finds that the Petitioning Creditors have met the statutory requirements to file an involuntary petition under the Bankruptcy Code. They have at least three creditors who meet the statutory requirements as to amount, and who do not have claims which are contingent or which are subject to bona fide dispute as to liability or amount. Based upon the foregoing,

IT IS ORDERED that the Petitioning Creditors have at least three creditors who meet the statutory requirements as to amount and who do not have claims which are in bona fide dispute as to liability or amount.

IT IS FURTHER ORDERED setting a Rule 7016 scheduling conference to consider scheduling of Part II of the trial on **May 5, 2009 at 10:00** a.m in Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003.

IT IS FURTHER ORDERED directing the Clerk's Office to provide immediate

1

notice of this Order to all interested parties.

DATED this 31st day of March, 2009.

*/s/ Sarah Sharer Curley/*

Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

2